```
FILED
November 29, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>v.                                   )<br>                                     )<br>THANG QUOC BUI,                      )<br>                                     )<br>            Defendant.               ) | Case No. MAG 05-0331 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __THANG QUOC BUI__ , Case No. __MAG 05-0331 DAD__ , Charge __21 USC §§ 846, 843 (b)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $_____

    _X_   Unsecured Appearance Bond $ _25,000_  co-signed by sister.

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

_X_   (Other) _Pretrial Services Supervision with conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 29, 2005__ at __3:45 p.m.__ .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal